

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Alfonso Alonzo Rodriguez,                    * From the 238th District Court
                                               of Midland County,
                                               Trial Court No. CR42299.

Vs. No. 11-14-00340-CR                       * December 22, 2016

The State of Texas,                          * Memorandum Opinion by Bailey, J.
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

   This court has inspected the record in this cause and concludes that there
is no error in the judgment below.   Therefore, in accordance with this court's
opinion, the judgment of the trial court is in all things affirmed.